(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _PAUL Smith     142003_
    (Name of Plaintiff)    (Inmate Number)

_Delaware Collectional Center
1181 Paddock Road
SmyrNA, Delaware 19977_
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _REgiNAl Medical First CorRectionAl_

(2) _MANAgEr DCC ANgela Wilson_
_unkNowN Nurses ANd_

(3) _Doctors_
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:
:     0 6 - 4 3 1
:        (Case Number)
: ( to be assigned by U.S. District Court)
:
:
:
:
:
:
:    **CIVIL COMPLAINT**
:
:
:    • • Jury Trial Requested
:
:
:
:
:

**2006 JUL 13 PM 4:39**
**FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

I.    **PREVIOUS LAWSUITS**

     A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
         including year, as well as the name of the judicial officer to whom it was assigned:

_REgiNAl Medical First CorRectionAl et Al
RElated CAse: 105-C-V-00139-GMS
Date filed: 03/10/2005
Assigned to: Honorable GregorY M. Sleet
CAuse: 42:1983 PRisoNer Civil Rights._

## II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.  Is there a prisoner grievance procedure available at your present institution?  (•Yes)  • •No

B.  Have you fully exhausted your available administrative remedies regarding each of your present claims?  (•Yes)  • •No

C.  If your answer to "B" is Yes:

  1.  What steps did you take?  TRied to talk with MANAger DCC Angela Wilsone

  2.  What was the result?  No Respond Back

D.  If your answer to "B" is No, explain why not:  Unknowne

## III.  DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:  Unknowne one Call Doctor

  Employed as  Doctor  at  Sussex Correctionial Inst.

  Mailing address with zip code:  P.O. Box 500 Georgetown Delaware 19947

(2) Name of second defendant:  Unknowne Nurse

  Employed as  Nurse  at  Sussex Correctionial Inst.

  Mailing address with zip code:  P.O. Box 500 Georgetown Delaware 19947

(3) Name of third defendant:  Unknowne Nurse

  Employed as  Nurse  at  Sussex Correctionial Inst.

  Mailing address with zip code:  P.O. Box 500 Georgetown Delaware 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets of paper if necessary.)

1. Slip And fall on wet floor, When Medical Came to lift me up from the floor they DiDn't Do it Right, They CAUSED MORE PAIN And injuries to my NECK, BACK, AND SPINE or LUMBAR By HAVING TWO ②

2. Staff Officer's pick me up By my ARMS And feet Like they Done in Cell #2 A Tier MAX Building on 6/25/06, They Refused to USE A Board to pick ME UP, I WAS treated unfairly No NECK Support BRACE

3. to SAVE my Spine, No X-RAys, No MRI JUST Motions AND Released follow up with Doctor on Monday,

## V. RELIEF

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. I Ask to Be treated fairly towards My injuries By Medical, And HAVE Medical DAY for Any Cost's for my Medical And my PAIN AND Suffering

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ 7th _____ day of _____ July _____, 2 006

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4





UNITED STATES POS.
02 1A
000460897
MAILED FRO

U.S.M.S.
X-RAY

IM Paul Smith
SBI# 142003 UNIT SHUC-1-L Building 23
DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570