IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL J. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. No. 06-431-GMS | |
| | ) | |
| REGIONAL MEDICAL FIRST | ) | |
| CORRECTIONAL, MANAGER | ) | |
| ANGELA WILSON, UNKNOWN | ) | |
| NURSES, and UNKNOWN DOCTORS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, Paul J. Smith ("Smith"), was a prisoner incarcerated at the Sussex

Correctional Institute ("SCI"), Georgetown, Delaware, at the time he filed this 42 U.S.C. § 1983

lawsuit, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on July 20, 2006, the court entered an order and granted Smith leave to

proceed *in forma pauperis*, assessing a filing fee of $350, requiring Smith to submit his prison

trust account statement within 30 days (D.I. 4);

WHEREAS, in Civ. No. 05-139-GMS, the court received correspondence from Smith

dated August 23, 2006, that indicated he had been released from prison and that provided the

court with his home address upon release;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the

obligation of payment of a filing fee that could and should have been met from the trust account

while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also*

*Drayer v. Attorney General*, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this 29th day of September, 2006, IT IS HEREBY

ORDERED that within thirty days from the date of this order, Smith shall either pay the filing fee

owed ($350.00) **or** submit a new standard form application to proceed without prepayment of

fees and affidavit so that the court may determine whether he is still eligible to proceed *in forma*

*pauperis*.

      **NOTE:  Failure to timely comply with this order shall result in dismissal of this case**

**without prejudice.**



UNITED STATES DISTRICT JUDGE

FILED

SEP 2 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE