IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
|     Plaintiff, | ) ) ) |
| V. | ) CIVIL ACTION NO. 06-431 GMS ) |
| REGINAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON, UNKNOWN NURSES, UNKNOWN DOCTORS, | ) ) ) ) ) |
|     Defendants. | ) |

ORDER

At Wilmington this 19th day of Oct., 2006, the Court having considered Plaintiff's Motion for Leave to Proceed in forma pauperis, Docket Item No. [7], filed pursuant to 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

OCT 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE