07 - 476

07-20-07

Clerk of Court,

I PAUL J, Smith 142003,
AM Now INCARCERATED AT the DELAWARE
CORRECTIONAL CENTER, NEAR SMYRNA, DELAWARE 19977
My NEW ADDRESS is 1181 Paddock Road, SMYRNA,
DELAWARE 19977,

I AM Also Writting
CONCERNING CASE NUMBER 1:06-CV-431 (GMS)
CASE NUMBER 1:06-CV-432 (GMS) AND
CASE NUMBER C.A. No. 05-142 (GMS).

I WOULD LIKE TO KNOW the Conditions
of these CASE(S),
If You CAN Look into
these CASE(S) AND tell ME the STATUS of
these CASE(S) it will BE greatly
APPRECIATED, THANK YOU FOR YOUR time
CONCERN, AND CONSIDERATION, INTO this
MATTER,

FILED

JUL 27 2007

RGScott
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SINCERELy Yours

P.S.
IF THESE CASE(S)
ARE CLOSED I
WOULD LIKE TO
RE-OPEN These
CASE(S)

07-20-07
07 - 476
W- Building
B-24

07-20-07
Paul J Smith 142003

PAUL J Smith
DELAWARE CORRECTIONAL C.
1181 Paddock ROAD
SMYRNA, DELAWARE
19977



I/M Paul Smith
SBI# 00148003   UNIT W-I-04
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

ATT.
Legal Mail

Clerk of Court
U.S District Court
Lockbox 18
844 N. King Street
Wilmington Delaware
19801

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.48
02 1A
0004608975          JUL 23 2007
MAILED FROM ZIP CODE 19977

U.S.M.S
X-RAY