IN THE UNITED STATES DISTRICT COURT
for the District of DELAWARE
C.A. No. 06-431 (GMS)
C.A. No. 05-142 (GMS)
C.A. No. 07-477 (GMS)

PAUL J. SMITH Sr,
    Plaintiff,

"MEMORANDUM"

DATE 10-30-2007

V.

First Correction Medical,
et al -9(CMS)-  defendants

FILED OCT 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion To Amend To Complaint(s)

A Code of Professional Responsibility members of the Legal Profession falls below the Required Standards.

My Complaint in A Civil Action, the first Pleading of the Plaintiff, Setting out the facts on which the claim for Relief. Fed. R. Civ. Proc. 3 under Modern Court Rules.

Seeking Deposition - of Pre-trial Discovery with Concerted Action, Action which has been Planned, Arranged, Adjusted, Agreed upon, and Settled Between Parties.

I have Disability - State of not being fully capable of performing all functions mental and Physical

Due By Medical Malpractice within the Delaware Correctional Center near Smyrna, DE 19977 infirmary 2004, Negligence

(CMS) - Medical Staff - Refused Duty obligation which results in the liability under the law of Negligence, If an individual owes to other a Duty of Care, He must conduct himself so as to Avoid Negligent injury to them, See Breach (of contract) Breach of Duty Due Care.

Also Consider Misconduct, Corrupt, Misbehavior of the duties of the Medical Department.

Plaintiff, Demand is Recovery Money Damages.

Pain and Suffering a species of damages that I may recover for physical and mental pain and suffering that result from a wrong done or suffered, the loss of ability or capacity to work Because of physical pain, Emotional pain, and Mental suffering is a type of pain and suffering and a proper element of damages.

Emotional Distress - Extreme Personal Suffering caused by the intentional Negligent Deliberately.

Plaintiff, Seeks Monetary Awards.

(2)

MALPRACTICE - A PROFESSIONAL'S IMPROPER OR IMMORAL CONDUCT IN THE PERFORMANCE OF DUTIES DONE EITHER INTENTIONALLY OR THROUGH CARELESSNESS OR IGNORANCE, WITH SUCH PERSON'S PROFESSIONAL RELATIONSHIP WITH PATIENT OR CLIENTS.

Good-faith, A total absence of any intention to seek an unfair advantage or to defraud another party; An honest and sincere intention to fulfill one's obligations.

Plaintiff, Seek - Grant Compensation for Gross Negligence. And Pay Medical Expense.

Refusal - The rejection of something to which a person is entitled, such as the rejection of goods under a contract, the denial of an obligation to perform a legal duty such as the refusal to complete a contract.

Defendant's, want to justify, just cause or excuse; just, lawful excuse for an act; reasonable excuse, showing of a sufficient reason in court why defendants did what he is called upon to answer for, so as to excuse liability.

(3)

CLOSED -

Plaintiff Seeking Prayer (for Relief) Request contained in complaint or petition that asks for relief to which plaintiff thinks him or himself entitled that part of pleading in which relief is requested, in addition to whatever specific kinds of relief or remedy (e.g., money damages injunction) the party may request. It is common to add a general prayer to enable the court to grant whatever relief it feels is appropriate, i.e., "And such other and further relief as to the court may seem just and proper.

Recovery - Successful in a suit to obtain a judgment recovers that which the court deems the person lost, though recovery does not necessarily imply a return to whole or normal. It also refers to the amount of the judgment as well as the amount actually collected pursuant to it.

Restitution - of making good, or of giving the equivalent for any loss, damage, or injury: indemnification.

Settlement, generally, the conclusive fixing or resolving of a matter, the arrangement of a final disposition.

(4)

CLOSER:

Disposition

A civil suit before final judgment whereas by they agree between themselves upon their respective rights and obligations, thus eliminating the necessity of judicial resolution of the controversy.

UNNECESSARY HARDSHIP - UNUSUAL PUNISHMENT

CRUEL AND UNUSUAL PUNISHMENT.

*(signature)* 142003
D-WEST-Building
10-30-2007

Mr. Paul J. Smith Sr.
SBI# 00142003
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

