Office of the Clerk
United States District Court
District of Delaware

Dear Peter T. Dalleo

Re: To Your Letter
Dated 11-17-07 Advising of Anc Address
Change, And Status of Case(s),

I Paul Smith 149003, Am Sending
A Money Order of $6.00 for copy work.

cc: The Honorable Gregory M. Sleet,
CA 05-139 GMS, CA 05-142 GMS,
CA 06-431 GMS, CA 06-432 GMS,
CA 07-477 GMS,

Thank You for Your time And
Service's

Sincerely

[signature]

12-02-2007

1 Address change
2 Copy work
Done Account #149927  12pg copy work

1416 Cowmarsh Rd,
Camden, De 19934
302 492-3623